# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

NAOMI J. FULTON                                                                        PLAINTIFF

v.                                                              CAUSE NO. 1:17CV70-GHD-DAS

MISSISSIPPI STATE UNIVERSITY,
DR. PAULA THREADGILL,
DR. LINDA MITCHELL, JULIE RESTER,
BRETT HARVEY AND JAMES
RANDALL NEVINS                                                                        DEFENDANTS

## ORDER

BEFORE THE COURT are separate motions to dismiss filed, first, by defendants Juli Rester, Brett Harvey, and James Randall Nevins, and, second, by defendant Mississippi State University. Each of these motions is based, in part, upon assertions of immunity, and each motion includes a request that this matter be stayed pending determination of the motions.

Pursuant to Uniform Local Civil Rule 16, the Court hereby stays further proceedings in this action until further order of the Court, except as may be necessary for the parties to further brief or respond to the subject motions to dismiss or to otherwise seek relief from the Court.

The Court is informed that defendants Paula Threadgill and Linda Mitchell had not, at the time of filing of the subject motions, been served with process. The Court's order of stay shall not prohibit those defendants to respond to the Complaint following service.

**SO ORDERED** this, the 6th day of June, 2017.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE